FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

02/23/2015 5:22:22 PM

KEITH E. HOTTLE
Clerk

# EXHIBIT A